No. 382. Universal Carloading & Distributing Co., Inc. v. Pedrick, Administratrix, et al. C. A. 2d Cir. Certiorari denied. *Homer S. Cummings, Max O'Rell Truitt, William D. Donnelly* and *Herbert J. Patrick* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Robert L. Stern, Ellis N. Slack* and *Fred E. Youngman* for Pedrick; and *Clarence M. Mulholland* and *Edward J. Hickey, Jr.* for the Brotherhood of Railway & Steamship Clerks, etc., et al., respondents.

No. 383. Deauville Associates, Inc. v. Lojoy Corporation et al. C. A. 5th Cir. Certiorari denied. *Harold Leventhal* for petitioner. *Albert B. Bernstein* for the Lojoy Corporation, respondent.

No. 385. Capital Compressed Steel Co. v. Chicago, Rock Island & Pacific Railroad Co. et al. C. A. 10th Cir. Certiorari denied. *Herman Merson* and *Duke Duvall* for petitioner.

No. 390. Allbaugh et al. v. United States. C. A. 8th Cir. Certiorari denied. *George M. Tunison* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *John C. Harrington* for the United States.

No. 391. Bailey v. West Virginia. Supreme Court of Appeals of West Virginia. Certiorari denied. *W. Hayes Pettry* for petitioner. *William C. Marland,* Attorney General of West Virginia, *Eston B. Stephenson,* Assistant Attorney General, and *Herbert W. Bryan* for respondent.